The City of Philadelphia to use of John F. Pugh to use of William Kelly *v.* The Philadelphia & Reading Railroad Company, Owner and Registered Owner, Appellant.

Argued March 26, 1896. Appeal, No. 224, July T., 1895, by defendant, from order of C. P. No. 4, Phila. Co., March T., 1895, No. 138, M. L. D., making absolute rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed. MITCHELL, J., dissents.

Thomas *Hart*, *Jr.*, for appellant.

William *Kelly*, with him *John M. Ridings*, for appellee.

OPINION BY MR. JUSTICE DEAN, October 5, 1896:

This appeal raises the same questions as those disposed of by judgment in case of same plaintiff to use of John McCann v. same defendant, supra, 292, opinion handed down this day.

The judgment in this case is therefore affirmed for same reasons.